AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>Yvonne Harper<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>3:20MJ5191 |

**FILED**

10:35 am Jun 30 2020

Clerk U.S. District Court
Northern District of Ohio
Toledo

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **Dec. 2018 to February 25, 2020** in the county of **Lucas** in the **Northern** District of **Ohio**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 666(a)(1)(B) | Reciept of Bribe by Agent of Organization Receiving Federal Funds |
| 18 U.S.C. 875(d) | Interstate Communications with Intent to Extort |
| 18 U.S.C. 1951 | Hobbs Act Extortion Under Color of Official Right |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Cromly, Special Agent FBI
*Printed name and title*

Sworn to telephonically after being submitted by reliable electronic means.

Date: 06/30/2020

_____
*Judge's signature*

City and state: Toledo, Ohio

Jeffrey J. Helmick, U.S. District Judge
*Printed name and title*